UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOROTHY PARKER, EXECUTOR FOR    )
  ESTATE OF BENJAMIN M. PARKER,  )
2700 Calvert Street, N.W., #613 )
Washington, D.C. 20008          )
                                )
        Plaintiff,         )
                                )
       v.                     )    Civil Action No.
                                )
THE BANK OF NEW YORK COMPANY, INC.,  )
a New York Corporation          )
101 Barclay Street-12 East      )
New York, NY 10007              )
                                )
  Serve:                        )
                                )
  Patricia Grays                )
  Superintendent of Corporations,  )
  Department of Consumer and    )
    Regulatory Affairs          )
  District of Columbia Government  )
  941 North Capitol Street, N.E. )
  Washington, D.C. 20002        )
                                )
      Registered Agent,      )
                                )
  and                           )
                                )
NATHAN PARKER,                  )
825 West End Avenue, #12-G      )
New York, NY 10025              )
                                )
  Serve:                        )
                                )
  NATHAN PARKER                 )
  825 West End Avenue, #12-G    )
  New York, NY 10025            )
                                )
  and                           )
                                )

305538v.1

- 2 -

| | |
|---|---|
| DANIEL PARKER,<br>Address Unknown | )<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>)<br>) |
| and | )<br>) |
| EVE HOFFMAN,<br>Address Unknown | )<br>)<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>)<br>) |
| and | )<br>) |
| GERTRUDE HELLMAN,<br>Address Unknown | )<br>)<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>)<br>) |
| and | )<br>) |
| ANY AND ALL OTHER UNKNOWN HEIRS,<br>SUCCESSORS AND ASSIGNS OF<br>LOTTIE PARKER AND ANY OTHER<br>PERSON CLAIMING AN INTEREST IN OR<br>LIEN UPON SHARES OF VULCAN<br>MATERIALS COMPANY HELD IN THE NAME<br>OF LOTTIE PARKER, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>)<br>) |
| Defendants. | )<br>) |

## VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Dorothy Parker, Executor of the Estate of Benjamin M. Parker, by and through counsel, Jackson & Campbell, P.C., files this Complaint for Declaratory Judgment and moves this Honorable Court to grant declaratory relief against Defendants The Bank of New York Company, Inc., Nathan Parker, Daniel Parker, Eve Hoffman, Gertrude Hellman and any and all other unknown heirs, successors and assigns of Lottie Parker and any other person claiming an

- 2 -

305538v.1

interest in or lien upon shares of Vulcan Materials Company held in the name of Lottie Parker. In support thereof, Plaintiff states as follows:

**PARTIES**

1. Dorothy Parker is a resident of the District of Columbia and files this action as the appointed and acting executor of the Estate of Benjamin M. Parker.

2. Benjamin M. Parker died on April 11, 1992, a resident of Arlington County, Virginia. His wife, Dorothy Parker, pursuant to his will, was appointed as Executor of the Estate of Benjamin M. Parker by the Circuit Court for Arlington County, Virginia on July 10, 1992 and subsequently was reappointed as Co-Executor on July 10, 1998 with Dena L. Lomauro. Ms. Lomauro passed away on February 18, 1999, and Ms. Parker currently serves as sole Executor of the Estate (See Exhibit "A").

3. Defendant The Bank of New York Company, Inc., a New York corporation, is the transfer agent for Vulcan Materials Company, a New Jersey corporation.

4. Defendant Nathan Parker is an heir at law of Lottie Parker and an adult resident of the State of New York.

5. Defendants Daniel Parker, Eve Hoffman, and Gertrude Hellman are also adult heirs at law of Lottie Parker. To the best of Plaintiff's knowledge, information and belief, these Defendants are not residents of the District of Columbia.

**JURISDICTION AND VENUE**

6. This Court has jurisdiction over these matters by virtue of 28 U.S.C. §1332(a) by virtue of the fact that the amount in controversy exceeds $75,000 and the parties are citizens of different states. Venue is appropriate in this Court under 28 USC §1391(a) by virtue of the fact that the property that is the subject of the action is located in the District of Columbia.

305538v.1

## FACTUAL BACKGROUND

7.     On April 16, 1952, Benjamin M. Parker ("Mr. Parker") purchased 100 shares of a company known as Easy Washing Machine Company.  On April 30, 1954, he purchased an additional 100 shares of Easy Washing Machine Company.  Because Mr. Parker was having marital difficulties with his then wife, Rachel Parker in 1952 and 1954, Mr. Parker placed the stock in the name of his mother, Lottie Parker.  (See Exhibit "B").  Mr. Parker did not intend to make a gift of the shares to his mother; rather the stock was placed in the name of Lottie Parker as a gratuitous bailment.

8.     Through a series of mergers and acquisitions, Easy Washing Machine Company eventually was acquired by Vulcan Materials Company, so that in 1958 104 shares of common stock, 20 shares of 5¾% Cumulative Preferred stock and 11 shares 6¼% Cumulative Preferred stock in Vulcan Materials Company were issued in the name of Lottie Parker.

9.     Subsequently, Benjamin M. Parker and Rachel Parker were divorced.

10.    On February 12, 1962, Benjamin M. Parker and Dorothy Parker were married.

11.    On March 22, 1962, Lottie Parker signed and delivered to her son, Benjamin M. Parker, a blank certificate of assignment of stock ownership rights  (See Exhibit "C"), which was witnessed by Pearl Sharpe, daughter of Lottie Parker and sole residuary beneficiary under the Will of Lottie Parker, which was kept with the shares of stock in Vulcan Materials Company.

12.    Lottie Parker died testate on September 10, 1964 in Denver, Colorado (See Exhibit "D").  At the time, she was a resident of Dade County, Florida.

13.    Lottie Parker's will was admitted to probate in Dade County, Florida.  Her son, Joel Parker, was appointed as personal representative of her estate (See Exhibit "E").

305538v.1

14. In the probate proceedings of Lottie Parker's Estate, the shares of Vulcan Materials Company were not included in the list of her assets, for all parties understood that the stock belonged to Benjamin M. Parker and not Lottie Parker. (See Exhibit "F").

15. Benjamin M. Parker never re-registered the shares of stock into his name; and over the ensuing years, as a result of multiple stock splits, the number of shares registered in the name of Lottie Parker increased. Currently, there are 3,120 shares of Vulcan Materials Company, (Common), having a value in excess of $200,000; 20 shares of Vulcan Materials Company (5¾% Cumulative Preferred); and 11 shares of Vulcan Materials Company (6¼% Cumulative Preferred,) registered in the name of Lottie Parker. The certificates for all of these shares are in the possession of Plaintiff except for a certificate for 780 shares, which has not been found.

16. Since the death of Lottie Parker, dividends of an unknown amount have been accumulating in the name of Lottie Parker.

17. The shares of stock in Vulcan Materials Company were included as estate assets in the probate proceedings in Arlington County, Virginia, for the Estate of Benjamin M. Parker.

18. Defendant The Bank of New York Company, Inc. has declared that it will not re-issue the shares of Vulcan Materials Company in the name of the Estate of Benjamin M. Parker or pay the accumulated dividends to the Estate of Benjamin M. Parker without a court order declaring the shares and dividends to be the property of Benjamin M. Parker.

19. All of the children of Lottie Parker are deceased. The heirs of Lottie Parker are Defendants Daniel Parker, Nathan Parker and Eve Hoffman, children of Benjamin M. Parker; Defendant Gertrude Hellman, daughter of Sara Parker, a deceased daughter of Lottie Parker; Diane (last name unknown), daughter of Gertrude Parker Sarner, a deceased daughter of Lottie

305538v.1

Parker and two children of Paula (last name unknown), a deceased daughter of Gertrude Parker Sarner.

**WHEREFORE**, Plaintiff, Dorothy Parker, Executor of the Estate of Benjamin M. Parker, respectfully requests that this Court grant the following relief:

1.      That this Court determine and adjudicate the rights of the Plaintiff with respect to the shares of Vulcan Materials Company currently in the name of Lottie Parker.

2.      That the Court adjudicate and declare that the shares of Vulcan Materials Company stock and all accrued dividends are the property of the Estate of Benjamin M. Parker.

3.      That the Court direct The Bank of New York Company, Inc., as transfer agent for Vulcan Materials Company, to issue all shares of stock currently in the name of Lottie Parker to the Estate of Benjamin M. Parker and to pay all accrued dividends on the Vulcan Materials stock to the Estate of Benjamin M. Parker.

4.      That the Court award such other and further relief as the Court deems just and proper.

JACKSON & CAMPBELL, P.C.

By: _____
Arthur C. Elgin, Jr. (Bar # 52589)
David H. Cox (Bar # 250167
1120 20th Street, N.W.
Suite 300, South Tower
Washington, D.C. 20036-3437
Phone: (202) 457-1600
Fax: (202) 457-1678
aelgin@jackscamp.com
dcox@jackscamp.com

Attorney for Plaintiff

## VERIFICATION

District of Columbia, ss:

I, Dorothy Parker, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

*Dorothy Parker*
Dorothy Parker

Subscribed and sworn to before me this 21st day of June, 2006.

*[signature]*
Notary Public
My Commission Expires February 28, 2009

My Commission expires: _____.

305538v.1