

State of Virginia }
County of Arlington } *To-wit:*

## CERTIFICATE OF QUALIFICATION

##20792

*To All To Whom These Presents Shall Come, Greeting:*

Know ye, That on the TENTH day of JULY, Nineteen Hundred Ninety Eight Letters TESTAMENTARY of all and singular, the Goods, Chattels, and Credits, which were of BENJAMIN M. PARKER, late of ARLINGTON COUNTY, VIRGINIA deceased, were, by the Clerk of the Circuit Court of the County of Arlington aforesaid granted and committed

| | |
|---|---|
| unto | DOROTHY PARKER and DENA L. LOMAURO (Deceased 2/18/99) |
| of | WASHINGTON, D.C. and ARLINGTON, VIRGINIA |
| the said | DOROTHY PARKER |
| as | EXECUTOR |

of said deceased having first entered into bond in the penalty of SEVENTY EIGHT THOUSAND ($78,000.00) dollars without approved security for the faithful performance of the duties thereof. No security required under the provisions of Section 64.1-121 of the 1950 Code of Virginia, as amended.

**In Testimony Whereof** I, DAVID A. BELL, Clerk of said Court, have hereunto subscribed my Name and affixed the Seal of said Court this 21st day of July A.D., 2006

DAVID A. BELL, CLERK

By: _____
Deputy Clerk