

# Robinson, Humphrey & Co.

MEMBERS NEW YORK STOCK EXCHANGE

1901 Rhodes-Haverty Building

P. O. Box 1700

Atlanta 1, Georgia

DATE April 30, 1954    NO. 3015

Mrs. Lottie R. Parker,
% Mr. Benjamin M. Parker,
1203 First National Bank Bldg.,
Atlanta, Georgia

We hand you herewith the following securities

100 shs Easy Washing Machine Corporation Class B Common stock
Ctf. No. B 43524
a/o Mrs. Lottie R. Parker

Oct 1980
March 89.   1040.   78¢   replaced

13457-08032

100 shs B   138

CUSTOMER'S COPY