_AW OFFICES OF
_ER & PARKER
_NATIONAL BANK BUILDING
_ANTA 3, GEORGIA

No. B. 40001 for 100 shares Easy Washing Mach. Corp. Class B Comm

TELEPHONE
WALNUT 0316

Mrs. Lottie R. Parker,
c/o Mr. B. M. Parker,
1203 First National Bank Bldg.,
Atlanta, Georgia.

ROBINSON, HUMPHREY & CO.
MEMBERS NEW YORK STOCK EXCHANGE
1901 RHODES-HAVERTY BUILDING
P. O. BOX 1708
ATLANTA 1, GEORGIA

April 16, 1952
TRADE DATE

April 22, 1952
SETTLEMENT DATE

AGENT FOR YOU WE HAVE THIS DAY BOUGHT FOR YOUR ACCOUNT AND R... (ON N. Y. CURB EXCHANGE)

| TITY | SECURITY | PRICE | PRINCIPAL | INTEREST MOS. | AMOUNT | COMM. | FED. TAX | POSTAGE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 00 | Easy Washing Mach. | 12 3/8 | 1,237.50 | | | 17.59 | | .40 | 1,255.49 |

PAID APR 23 1952 ROBINSON, HUMPHREY & CO.

E. & O. E.

ASSIGNMENT SEPARATE FROM CERTIFICATE

# For Value Received,

_____ hereby sell, assign and transfer unto

_____

(This space must be left blank)

_____ (_____) Shares of the _____

Capital Stock of the _____

standing in _____ name on the books of said _____

_____ represented by Certificate No. _____ herewith

and do hereby irrevocably constitute and appoint _____

(This space must be left blank)

attorney to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated *March 22, 1962*

Mrs Lottie R Parker

In Presence of

*[signature] Lucas*
*Pearl D Parker*

Read Carefully:

The Signature to this Assignment must correspond with the name as written on the Certificate, in every particular, without alteration or enlargement, or any change whatever.