# STATE OF COLORADO
### HOLD TO LIGHT TO VIEW WATERMARK

State of Colorado

State File No. **11661**

## CERTIFICATE OF DEATH

Registrar's No. **431**  Dist **54**

| 1. PLACE OF DEATH | 2. USUAL RESIDENCE (Where deceased lived. If institution: Residence before admission) |
|---|---|
| a. COUNTY  Denver | a. STATE  Colorado  b. COUNTY  Jefferson |
| b. CITY, TOWN, OR LOCATION  Denver | c. CITY, TOWN, OR LOCATION  Rural |
| c. LENGTH OF STAY IN 1b  40 days | d. STREET ADDRESS  2653 South Fenton Ct. |
| d. NAME OF HOSPITAL OR INSTITUTION  4450 East Jewell Ave. | e. IS RESIDENCE INSIDE CITY LIMITS?  YES ☐  NO ☒ |
| e. IS PLACE OF DEATH INSIDE CITY LIMITS?  YES ☒  NO ☐ | f. IS RESIDENCE ON A FARM?  YES ☐  NO ☒ |

| 3. NAME OF DECEASED (Type or Print) | First  Lottie | Middle | Last  Parker | 4. DATE OF DEATH  Month 9 Day 10 Year 1964 |
|---|---|---|---|---|

| 5. SEX  Female | 6. COLOR OR RACE  White | 7. MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☒ DIVORCED ☐ | 8. DATE OF BIRTH  April 5, 1882 | 9. AGE (In years last birthday)  82 | IF UNDER 1 YEAR / IF UNDER 24 HRS. |
|---|---|---|---|---|---|

| 10a. USUAL OCCUPATION (Give kind of work done during most of working life)  Housewife | 10b. KIND OR BUSINESS OR INDUSTRY  Same | 11. BIRTHPLACE (State or foreign country)  Warsaw, Poland | 12. CITIZEN OF WHAT COUNTRY?  USA |
|---|---|---|---|

| 13. FATHER'S NAME  Nathan Ritz | 14. MOTHER'S MAIDEN NAME  Pearl Grossman |
|---|---|

| 15. WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes, no, or unknown)(If yes, give war or dates of service)  no  no | 16. SOCIAL SECURITY NO.  none | 17. INFORMANT  Albert E. Sharpe 2653 So. Fenton Ct. |
|---|---|---|

### 18. CAUSE OF DEATH

PART I. DEATH WAS CAUSED BY:

IMMEDIATE CAUSE (a) *Multiple cerebral thrombi*  — INTERVAL BETWEEN ONSET AND DEATH  2 mo

Conditions, if any, which gave rise to above cause (a), stating the underlying cause last.  DUE TO (b) *Cerebral arteriosclerosis*  — 3 yrs

DUE TO (c)

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO THE TERMINAL DISEASE CONDITION GIVEN IN PART I

| 19. WAS AUTOPSY PERFORMED?  YES ☐  NO ☐ |
|---|

| 20a. ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ | 20b. DESCRIBE HOW INJURY OCCURRED. (Enter nature of injury in Part I or Part II at item 18) |
|---|---|
| 20c. TIME OF INJURY  Hour  a.m.  Month, Day, Year | |
| 20d. INJURY OCCURRED  WHILE AT WORK ☐  NOT WHILE AT WORK ☐ | 20e. PLACE OF INJURY (e.g., in or about home, farm, factory, street, office bldg. etc.) | 20f. CITY, TOWN, OR LOCATION | COUNTY | STATE |

| 21. I attended the deceased from  5/26/64  to  9/10/64  Death occurred at  1:30 pm  m. on the date stated above; and to the best of my knowledge, from the causes stated. | and last saw her alive on  9/10/64 |
|---|---|
| 22a. SIGNATURE  Herb Bricker M.D. (Degree or title) | 22b. ADDRESS  1801 High St Denver 18 | 22c. DATE SIGNED  9/10/64 |

| 23a. BURIAL, CREMATION, REMOVAL (Specify)  Removal | 23b. DATE  9-10-1964 | 23c. NAME OF CEMETERY OR CREMATORY  Beth David Cemetery | 23d. LOCATION (City, town, or state)  Nassau Co., Long Island NY |
|---|---|---|---|

| 24. FUNERAL DIRECTOR  Herb L. Bricker | ADDRESS  Feldman Mortuary 1673 York St.  F.D. #128 Emb. #126 | 25. DATE REC'D. BY LOCAL REG.  SEP 11 1964 | 26. REGISTRAR'S SIGNATURE  Lindy E. O'Ryan Jr |
|---|---|---|---|

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD WHICH IS IN MY CUSTODY.

DATE ISSUED   JUN 2 0 2003

*Ronald S. Hyman*
RONALD S. HYMAN
STATE REGISTRAR



SL
2013575

Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if any person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

REV 01/03

