DREW'S FORM PPW3
WILL

In the County Judge's Court In and for Dade County, Florida

In Probate

In re. Estate of
__LOTTIE R. PARKER__

No._____

Deceased.

## Petition for Probate of Will

TO THE HONORABLE COUNTY JUDGES of SAID COUNTY:

Your Petitioner—, __JOEL R. PARKER__

whose residence is __1919 Bay Drive, Miami Beach, Florida__

and whose post office address is __the same__

would respectfully show unto this Honorable Court:

First: That __LOTTIE R. PARKER__ died at __Denver, Colorado__ on the __10__ day of __September__, A. D. 19__64__, and at the time of h__er__ death was domiciled at __1919 Bay Drive, Miami Beach, Florida__ and was a resident of __Dade__ County, and was __82__ years of age; and at the time of h____ death was seized and possessed of a certain estate situate and being in __Dade__ County, Florida, which to the best of petitioner's knowledge consists of ~~Real Estate situate in~~ _____ ~~County, Florida, of the approximate value of $~~ _____ ~~and~~ personal property described as:

__Jewelry and cash in bank__

of the aggregate estimated value of $ __5,000. or less__. That the value of the estate, both real and personal, of said decedent to this petitioner known, is of the approximate amount of $ __5,000. or less__.

Second: That the surviving heirs at law of the said decedent known to your petitioner—, are the following:—

| Name | Over 21 | Relationship | Address |
|---|---|---|---|
| Petitioner | | Son | above |
| Benjamin H. Parker | " | " | 1600 S. Joyce Street, Arlington, Va. |
| George J. Parker | " | " | Tarpon Springs, Florida. |
| Sara Parker | " | Daughter | 777 West End Ave., New York, N.Y. |
| Gertrude Sarner | " | " | 47-20 102nd Street, Long Island City, N.Y. |
| Pearl D. Sharpe | " | " | 2050 S. Fenton Court, Denver, Colo. |

FORM CT 152

Third: That said decedent died leaving a Last Will and Testament, dated the **22** day of **March**, A. D. 19**62**, which said instrument was published and declared by the said decedent to be h**er** Last Will and Testament, when **s**he, the said decedent, was at least eighteen years of age, in the presence of **NOEL F. LUCAS, GEORGE SCHWARTZ and FANNIE H. STEIN,**

_____ as attesting witnesses, and in and by said instrument, your petitioner___,
w**as** nominated Execut**or** thereof. **The Co-Executor, Benjamin M. Parker, named therein has renounced his right to act as such.**

Fourth: Your petitioner___ further allege___ that ___he___ verily believe**s** that the paper writing___ herewith propounded for probate and record as and for the Last Will and Testament _____ of said decedent as aforesaid, and attested and signed by said witnesses, is the true Last Will and Testament_____ of the said decedent.

Wherefore your petitioner___ pray**s** that the said paper writing___ herewith propounded for probate and record be admitted to probate and record as and for the Last Will and Testament _____ of the said decedent, and that Letters Testamentary be granted to your petitioner___ as execut**or** thereof.

And your petitioner___ will ever pray, etc.

/s/ **Herbert M. Kaufman,**
**1629 duPont Building,**         Attorney
**Miami, Fla., 33131.**           **FR. 1-8533**

/s/ **Joel R. Parker**

Attorney's Address    Phone                                      Petitioner

STATE OF FLORIDA,
COUNTY OF **DADE**

On this day personally appeared before me the undersigned authority
**JOEL R. PARKER**

who signed the foregoing petition in my presence, and who being by me first duly sworn, deposes and says that ___he___ know**s** the contents of said petition, that the same are true and that ___he___ signed the same for the uses and purposes therein expressed.

WITNESS my hand and official seal at **Miami, Florida,** this **22nd** day of **December**, A. D. 19**64**.

/s/ Barbara O'Quin

Notary Public, State of Florida at Large
My Commission Expires April 8, 1967
Bonded By American Fire & Casualty Co.

Filed and Recorded this
_____
in Probate Record
Book_____ Page_____
                County Judge
By_____
       Clerk