IN THE COUNTY JUDGE'S COURT, IN AND FOR DADE COUNTY, FLORIDA
IN PROBATE

No. 65457 A

In Re:                                    )

        Estate of                         )       ORDER OF
                                          )       ADMINISTRATION
        LOTTIE R. PARKER,                 )       UNNECESSARY
                                          )
                Deceased.                 )
                                          )
_____     )

        The petition of JOEL R. PARKER and PEARL D. SHARPE, for
an order of administration unnecessary of the estate of
LOTTIE R. PARKER, deceased, came on to be heard this day, and
it appearing to the Court that the averments of the petition
are true and that there has been no concealment of material
facts and that the true cash value of the estate is $694.00,
and that there are no unpaid debts and expenses of said deceased,
and the Court being fully advised in the premises, it is
        ORDERED AND ADJUDGED as follows:
        1.  In the exercise of the discretion of the Court, the
joinder in said petition of the specific legatees named in
the will of the deceased be and is hereby dispensed with.
        2.  That the legatees of said estate are:

Sara Parker                     777 West End Avenue, New York, N.Y.

Gertrude Sarner                 47-20 42nd Street, Long Island, N.Y.

Trudy Hellman                   7 Bellingham Lane, Great Neck, N.Y.

Freddie Hellman                 7 Bellingham Lane, Great Neck, N.Y.

Pearl D. Sharpe,                2653 S. Fenton Court,
formerly Pearl                  Denver Colo.
D. Parker.

        3.  That JOEL R. PARKER, as Executor of the said estate
be and he is hereby authorized and directed to transmit the
following assets of the estate, as hereinafter set forth,
in full and complete distribution of said estate:

Sara Parker -
Pair ladies gold & diamond tear drop earings each
having two (10 pts) diamonds one set in round center
setting and second in tear drop setting
Ladies gold chain 48" long set with 18 semi-precious
stones. (Designated as items 6 and 7 on the appraisal attached
to said petition)

-  1  -

Gertrude Sarner -
Single strand pearl necklace - cultured
Half moon pin - 15 matched cultured pearls on gold pin
(Designated as items 1 and 2 on the appraisal attached to
said petition)

Trudy Hellman -
Gold pocket watch chain
Ladies rhinestone & green stone silver pendant necklace
(Designated as items 4 and 5 on the appraisal attached to
said petition)

Trudy Hellman,  Mother and as Natural Guardian of Freddie Hellman-
Antique gold man's Waltham pocket watch
(Designated as item 3 on the appraisal attached to said petition)

Pearl D. Sharpe -  All of the other items of personal property
designated as items 8 through 19 in the appraisal attached to
said petition.

4.  Upon transmittal thereof and filing of receipts or
proof of such transmittal, the said Executor be finally dis-
charged as such Executor;  and that no further administration
is necessary of the estate of said deceased.

DONE AND ORDERED at Chambers, Dade County Courthouse,
Miami, Florida, this 25th day of January, 1965.

W. E. BLANTON
_____
County Judge

IN THE COUNTY JUDGE'S COURT, IN AND FOR DADE COUNTY, FLORIDA
IN PROBATE

No. 65457 A

In Re:                                )
                                      )
        Estate of                     )  ORDER OF FINAL
                                      )  DISCHARGE OF
        LOTTIE R. PARKER,             )  EXECUTOR
                                      )
                         Deceased.    )
                                      )
_____ )

It appearing from the affidavit of HERBERT E. KAUFMAN,
the attorney for JOEL R. PARKER, Executor of the estate of
LOTTIE R. PARKER, deceased, sworn to on the 4th day of Feb-
ruary, 1965, that distribution has been made in accordance
with the order of administration unnecessary made herein
on January 25, 1965, and that the said personal representa-
tive is entitled to an order of final discharge, and the
Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the said JOEL R. PARKER
be and he is hereby discharged as the Executor of the estate
of LOTTIE R. PARKER, deceased, and from further liability
in connection with the administration of the said estate.

DONE AND ORDERED at Chambers, Dade County Courthouse,
Miami, Florida, this ____ day of February, 1965.

W. F. Blanton
_____
County Judge