UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOROTHY PARKER, EXECUTOR FOR    )
 ESTATE OF BENJAMIN M. PARKER,  )
2700 Calvert Street, N.W., #613 )
Washington, D.C. 20008          )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No.
                                )
THE BANK OF NEW YORK COMPANY, INC., )
a New York Corporation          )
101 Barclay Street-12 East      )
New York, NY 10007              )
                                )
    Serve:                      )
                                )
    Patricia Grays              )
    Superintendent of Corporations, )
    Department of Consumer and  )
        Regulatory Affairs      )
    District of Columbia Government )
    941 North Capitol Street, N.E. )
    Washington, D.C. 20002      )
                                )
        Registered Agent,       )
                                )
    and                         )
                                )
NATHAN PARKER,                  )
825 West End Avenue, #12-G      )
New York, NY 10025              )
                                )
    Serve:                      )
                                )
    NATHAN PARKER               )
    825 West End Avenue, #12-G  )
    New York, NY 10025          )
                                )
    and                         )

310872v.1

```
DANIEL PARKER,                                )
Address Unknown                               )
                                              )
     SERVE BY PUBLICATION,                    )
                                              )
          and                                 )
                                              )
EVE HOFFMAN,                                  )
Address Unknown                               )
                                              )
     SERVE BY PUBLICATION,                    )
                                              )
          and                                 )
                                              )
GERTRUDE HELLMAN,                             )
Address Unknown                               )
                                              )
     SERVE BY PUBLICATION,                    )
                                              )
          and                                 )
                                              )
ANY AND ALL OTHER UNKNOWN HEIRS,              )
SUCCESSORS AND ASSIGNS OF                     )
LOTTIE PARKER AND ANY OTHER                   )
PERSON CLAIMING AN INTEREST IN OR             )
LIEN UPON SHARES OF VULCAN                    )
MATERIALS COMPANY HELD IN THE NAME            )
OF LOTTIE PARKER,                             )
                                              )
     SERVE BY PUBLICATION,                    )
                                              )
          Defendants.                         )
_____ )
```

## MOTION FOR LEAVE TO SERVE CERTAIN DEFENDANTS BY PUBLICATION

Plaintiff, by and through her undersigned attorney, and pursuant to 28 U.S.C. § 1655 (2006 ed.), hereby moves this Court for leave to serve Defendants Daniel Parker, Eve Hoffman Gertrude Hellman and any and all other unknown heirs, successors and assigns of Lottie Parker and any other person claiming and interest in or lien upon shares of Vulcan Materials Company in the name of Lottie Parker by publication, and as grounds therefor states as follows:

310872v.1

1. This is a lawsuit brought by Dorothy Parker, the Executor of the Estate of Benjamin M. Parker for a declaration of the Court regarding the rights of the Plaintiff with respect to certain shares of Vulcan Materials Company stock currently in the name of Lottie Parker.

2. On April 16, 1952, Benjamin M. Parker purchased 100 shares of a company known as Easy Washing Machine Company. On April 30, 1954, he purchased an additional 100 shares of Easy Washing Machine Company. Because Mr. Parker was having marital difficulties in 1952 and 1954 with his then wife, Rachel Parker, he placed the stock in the name of his mother, Lottie Parker. Mr. Parker did not intend to make a gift of the shares to his mother; rather the stock was placed in the name of Lottie Parker as a gratuitous bailment.

3. Through a series of mergers and acquisitions, the Easy Washing Machine Company shares are now common and cumulative preferred stock in Vulcan Materials Company.

4. Lottie Parker died testate on September 10, 1964 in Denver, Colorado.

5. The shares of Vulcan Material Company stock were never transferred back to Mr. Parker and are still titled in the name of Lottie Parker.

6. Unfortunately, despite diligent efforts, as more fully described in the Affidavit of Arthur C. Elgin, Jr. attached hereto and incorporated herein as Exhibit "A", Plaintiff has been unable to locate some of the heirs of Lottie Parker, namely Defendants Daniel Parker, Eve Hoffman, Gertrude Hellman or any other successor, heir or assign of Lottie Parker, as well as any other person claiming an interest in or lien upon shares of Vulcan Materials Company in the name of Lottie Parker.

310872v.1

7. With the Court's approval, Plaintiff will serve these named defendants by publication as these defendants that cannot be found pursuant to 28 U.S.C. § 1655.

WHEREFORE, Plaintiff respectfully requests that she be permitted to effect service upon Defendants Daniel Parker, Eve Hoffman, Gertrude Hellman and any and all other unknown heirs, successors and assigns of Lottie Parker and any other person claiming an interest in or lien upon shares of Vulcan Materials Company in the name of Lottie Parker in this matter by publication.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: *David H Cox*
Arthur C. Elgin, Jr. (Bar No. 52589)
David H. Cox (Bar No. 250167)
1120 Twentieth Street, N.W.
South Tower, Suite 300
Washington, D.C. 20036
(202) 457-1600 – telephone
(202) 457-1678 – facsimile
aelgin@jackscamp.com
dcox@jackscamp.com

Attorneys for Plaintiff

310872v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2006, true and exact copies of Plaintiff's Motion for Leave to Serve Certain Defendants by Publication was served via first class mail, postage prepaid upon:

> The Bank of New York Company, Inc.
> c/o Ms. Patricia Grays
> Superintendent of Corporations
> Department of Consumer and Regulatory Affairs
> District of Columbia Government
> 941 North Capitol Street, N.E.
> Washington, D.C. 20002
>
> Mr. Nathan Parker
> 825 West End Avenue, #12-G
> New York, NY 10025

*David H. Cox* (signature)

310872v.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR )<br>ESTATE OF BENJAMIN M. PARKER, )<br>2700 Calvert Street, N.W., #613 )<br>Washington, D.C. 20008 )<br>)<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>THE BANK OF NEW YORK COMPANY, INC., )<br>a New York Corporation )<br>101 Barclay Street-12 East )<br>New York, NY 10007 )<br>)<br>  Serve: )<br>)<br>Patricia Grays )<br>Superintendent of Corporations, )<br>Department of Consumer and )<br>  Regulatory Affairs )<br>District of Columbia Government )<br>941 North Capitol Street, N.E. )<br>Washington, D.C. 20002 )<br>)<br>     Registered Agent, )<br>)<br>    and )<br>)<br>NATHAN PARKER, )<br>825 West End Avenue, #12-G )<br>New York, NY 10025 )<br>)<br>  Serve: )<br>)<br>NATHAN PARKER )<br>825 West End Avenue, #12-G )<br>New York, NY 10025 )<br>)<br>    and ) | Civil Action No. |

- 2 -

310872v.1

- 3 -

| | |
|---|---|
| DANIEL PARKER,<br>Address Unknown | )<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>) |
| and | )<br>) |
| EVE HOFFMAN,<br>Address Unknown | )<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>) |
| and | )<br>) |
| GERTRUDE HELLMAN,<br>Address Unknown | )<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>) |
| and | )<br>) |
| ANY AND ALL OTHER UNKNOWN HEIRS, SUCCESSORS AND ASSIGNS OF LOTTIE PARKER AND ANY OTHER PERSON CLAIMING AN INTEREST IN OR LIEN UPON SHARES OF VULCAN MATERIALS COMPANY HELD IN THE NAME OF LOTTIE PARKER, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE
CERTAIN DEFENDANTS BY PUBLICATION**

Plaintiff Dorothy Parker, Executor of the Estate of Benjamin M. Parker ("Plaintiff"), seeks leave of the Court, pursuant to 28 U.S.C. §1655 and the Court's powers pursuant to Federal Rule 4(e)(1) and Local Rule 83.22 to serve certain defendants in the above-captioned case by publication. Despite diligent efforts, Plaintiff has been unable to locate or identify

certain defendants in the above-captioned case, namely Daniel Parker, Eve Hoffman, Gertrude Hellman and any and all other unknown heirs, successors and assigns of Lottie Parker and any other person claiming an interest in or lien upon shares of Vulcan Materials Company in the name of Lottie Parker.

In support of her Motion, Plaintiff also relies on the inherent equity powers of this Court and the above-cited Rule.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _/s/ David H. Cox_
Arthur C. Elgin, Jr. (Bar No. 52589)
David H. Cox (Bar No. 250167)
1120 Twentieth Street, N.W.
South Tower, Suite 300
Washington, D.C. 20036
(202) 457-1600 – telephone
(202) 457-1678 – facsimile
aelgin@jackscamp.com
dcox@jackscamp.com

Attorneys for Plaintiff

- 4 -

310872v.1