UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOROTHY PARKER, EXECUTOR FOR           )
  ESTATE OF BENJAMIN M. PARKER,        )
2700 Calvert Street, N.W., #613        )
Washington, D.C.  20008                )
                                          )
            Plaintiff,                )
                                          )
      v.                               )     Civil Action No.
                                          )
THE BANK OF NEW YORK COMPANY, INC.,    )
a New York Corporation                 )
101 Barclay Street-12 East             )
New York, NY  10007                    )
                                          )
  Serve:                               )
                                          )
  Patricia Grays                       )
  Superintendent of Corporations,      )
  Department of Consumer and           )
      Regulatory Affairs             )
  District of Columbia Government      )
  941 North Capitol Street, N.E.       )
  Washington, D.C.  20002              )
                                          )
           Registered Agent,         )
                                          )
         and                          )
                                          )
NATHAN PARKER,                         )
825 West End Avenue, #12-G             )
New York, NY  10025                    )
                                          )
  Serve:                               )
                                          )
  NATHAN PARKER                        )
  825 West End Avenue, #12-G           )
  New York, NY  10025                  )
                                          )
         and                          )

| | |
|---|---|
| DANIEL PARKER,<br>Address Unknown | )<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>)<br>) |
| and | )<br>) |
| EVE HOFFMAN,<br>Address Unknown | )<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>)<br>) |
| and | )<br>) |
| GERTRUDE HELLMAN,<br>Address Unknown | )<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>)<br>) |
| and | )<br>) |
| ANY AND ALL OTHER UNKNOWN HEIRS,<br>SUCCESSORS AND ASSIGNS OF<br>LOTTIE PARKER AND ANY OTHER<br>PERSON CLAIMING AN INTEREST IN OR<br>LIEN UPON SHARES OF VULCAN<br>MATERIALS COMPANY HELD IN THE NAME<br>OF LOTTIE PARKER, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| SERVE BY PUBLICATION, | )<br>) |
| Defendants. | )<br>) |

## AFFIDAVIT

I, Arthur C. Elgin, Jr., duly sworn according to law, depose and state the following:

1. I am an attorney for the Plaintiff in this action and am authorized to make this declaration and have personal knowledge of all facts relevant to this declaration.

2. A search of all reasonably available on-line resources, including, but not limited

to a professional skip-tracing system and all other reasonable efforts to locate Defendants Daniel Parker, Eve Hoffman and Gertrude Hellman have been unsuccessful.

3. A search of all reasonably available on-line resources and all other reasonable efforts to locate any and all other unknown heirs, successors and assigns of Lottie Parker and any other person claiming an interest in or lien upon shares of Vulcan Materials Company in the name of Lottie Parker have been unsuccessful.

4. It is therefore my belief that there are no persons other than the Plaintiff claiming an ownership interest in, or lien upon, shares of Vulcan Materials Company in the name of Lottie Parker.

_____
Arthur C. Elgin, Jr.

Subscribed and sworn to before me this 20th day of July, 2006.

_____
Notary Public

My commission expires:

**DEBORAH A. STEWART**
Notary Public District of Columbia
My Commission Expires September 30, 2010

- 3 -

310872v.1