UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, <br><br> Plaintiff, <br><br> vs. <br><br> THE BANK OF NEW YORK COMPANY, INC, et al., <br><br> Defendants. | Case No. 1:06-cv-1352 (HHK) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Matthew A. Anzaldi of Pillsbury Winthrop Shaw Pittman LLP as counsel for defendant The Bank of New York Company, Inc. in the above-captioned case.

DATED: October 4, 2006        Respectfully submitted,

/s/
Matthew A. Anzaldi (D.C. Bar No. 455515)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122
(202) 663-8000
(202) 663-8007 (facsimile)

Counsel for Defendant
The Bank of New York Company, Inc.