UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.  1:06-cv-1352 (HHK) |
| THE BANK OF NEW YORK COMPANY, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## CONSENT MOTION OF THE BANK OF NEW YORK COMPANY, INC. FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant The Bank of New York Company, Inc., by counsel, moves the Court for an extension of time until October 31, 2006 within which to respond to the Complaint of Plaintiff Dorothy Parker, Executor for Estate of Benjamin M. Parker.  In support of this consent motion, Defendant states as follows:

1.     Defendant was served with Plaintiff's Complaint on September 13, 2006, making Defendant's responsive pleading due on October 3, 2006.

2.     On October 2, 2006, pursuant to Local Civil Rule 7(m), counsel for Defendant conferred by telephone with Plaintiff's counsel, who consented to this requested extension.

3.     This motion is not brought for the purpose of delay and will not prejudice the Plaintiff.

WHEREFORE, Defendant The Bank of New York Company, Inc. requests that its time to respond, answer or otherwise plead to Plaintiff's Complaint be extended to and including October 31, 2006.


DATED:  October 4, 2006          THE BANK OF NEW YORK COMPANY, INC.
                                 By Counsel



                                 /s/
                                 _____
                                 Matthew A. Anzaldi (D.C. Bar No. 455515)
                                 PILLSBURY WINTHROP SHAW PITTMAN LLP
                                 2300 N Street, N.W.
                                 Washington, DC  20037-1122
                                 (202) 663-8000
                                 (202) 663-8007 (facsimile)

                                 Counsel for Defendant
                                 The Bank of New York Company, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October 2006, the foregoing "Consent Motion of Defendant The Bank of New York Company, Inc. For Extension of Time To Respond to the Complaint" was served by first class mail, postage pre-paid, on the following counsel of record:


        Arthur C. Elgin, Jr.
        David H. Cox
        Jackson & Campell, P.C.
        1120 20th Street, N.W.
        Washington, D.C. 20036


        /s/_____
        Matthew A. Anzaldi