UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | Case No. 1:06-cv-1352 (HHK) |
| THE BANK OF NEW YORK COMPANY, INC., et al., ) ) ) ) | |
| Defendants. ) ) | |

## ORDER

Upon consideration of Defendant The Bank of New York Company Inc.'s Consent Motion and the supporting points and authorities, it is this _____ day of October, 2006, hereby

ORDERED that Defendant's Consent Motion is granted. Defendant The Bank of New York Company Inc.'s time to respond, answer or otherwise plead to Plaintiff's Complaint be extended to and including October 31, 2006.

_____
United States District Judge