UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE BANK OF NEW YORK COMPANY, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:06-cv-1352 (HHK) |

## CERTIFICATE UNDER LOCAL RULE 7.1

I, the undersigned, counsel of record for Defendant The Bank of New York Company, Inc. ("Defendant"), certify that to the best of my knowledge and belief Defendant has outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATED: October 31, 2006

/s/
Matthew A. Anzaldi (D.C. Bar No. 455515)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122
(202) 663-8000
(202) 663-8007 (facsimile)

Counsel for Defendant
The Bank of New York Company, Inc.