UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK COMPANY, INC., et al.<br><br>Defendants. | Civil Action No. 1:06-CV-1352 |

## ORDER

Upon consideration of the foregoing Consent Motion to Move Initial Scheduling Conference, and the record herein, it is on this _____ day of _____, 2006, it is hereby

ORDERED, that the Initial Scheduling Conference currently scheduled for Friday, December 8, 2006 at 9:45 a.m. be moved to Thursday, December 7, 2006 at 11:00 a.m.

_____
Henry H. Kennedy
United States District Judge

322313v.1

Copies to:

David H. Cox, Esq.
Arthur C. Elgin, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower
Washington, D.C. 20036

**Counsel for Plaintiff Dorothy Parker**

Matthew A. Anzaldi, Esq.
Pillsbury, Winthrop, Shaw, Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

**Counsel for Defendant The Bank of New York**

James B. Sarsfield, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850

**Counsel for Defendant Nathan Parker**