UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, <br><br> Plaintiff, <br><br> v. <br><br> THE BANK OF NEW YORK COMPANY, INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:06-CV-1352 |

## CONSENT MOTION TO MOVE INITIAL SCHEDULING CONFERENCE

Plaintiff Dorothy Parker ("Plaintiff"), Defendant The Bank of New York and Defendant Nathan Parker (collectively, the "Parties") respectfully request that the Initial Scheduling Conference in this action currently scheduled for Friday, December 8, 2006 at 9:45 a.m. be moved to Thursday, December 7, 2006 at 11:00 a.m. No other defendant has entered its/their appearance in this case.

WHEREFORE, the Parties respectfully request the Court to enter the attached proposed order granting this consent motion to move the Initial Scheduling Conference and grant all further relief the Court deems just and appropriate.

322313v.1

- 2 -

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____/s/ David H. Cox_____
Arthur C. Elgin, Jr. (Bar # 52589)
David H. Cox (Bar # 250167
1120 20th Street, N.W.
Suite 300, South Tower
Washington, D.C. 20036-3437

**Counsel for Plaintiff Dorothy Parker**

PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP

By: _____/s/ Matthew A. Anzaldi_____
Matthew A. Anzaldi (Bar # 455515)
2300 N Street, N.W.
Washington, D.C. 20037

**Counsel for Defendant The Bank of New York**

O'CONNELL, O'CONNELL & SARSFIELD

By: _____/s/ James B. Sarsfield_____
James B. Sarsfield (Bar # 215384)
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850

**Counsel for Defendant Nathan Parker**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed and served on this 1st day of December, 2006, and that a copy of the foregoing has also been mailed, postage pre-paid to the following:

Matthew A. Anzaldi, Esq.
Pillsbury, Winthrop, Shaw, Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

**Counsel for Defendant The Bank of New York**

James B. Sarsfield, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850

**Counsel for Defendant Nathan Parker**

                                                      /s/ David. H. Cox
                                                      David H. Cox

322313v.1