UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, <br><br> Plaintiff, <br><br> v. <br><br> THE BANK OF NEW YORK COMPANY, INC., *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:06-CV-1352 |

## RULE 26(f) MEET AND CONFER REPORT

COME NOW the parties, through counsel, and submit their meet and confer statement pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3(c). The parties conducted a telephone meeting, pursuant to LCvR 16.3, on November 30, 2006, and jointly submit the following Report.

### STATEMENT OF THE CASE

Plaintiff Dorothy Parker, Executor of the Estate of Benjamin M. Parker ("Mrs. Parker"), has filed suit against Defendants The Bank of New York ("Bank of New York"), Nathan Parker ("Mr. Parker"), Daniel Parker, Eve Hoffman, Gertrude Hellman and Any and All Other Unknown Heirs, Successors and Assigns of Lottie Parker and Any Other Person Claiming an Interest in or Lien Upon Shares of Vulcan Materials Company Held in the Name of Lottie Parker ("Unknown Defendants"), seeking declaratory relief from the Court regarding the rights of Mrs. Parker with respect to the shares of Vulcan Materials Company, currently titled in the name of Lottie Parker. Defendants Daniel Parker, Eve Hoffman, Gertrude Hellman and Unknown Defendants have been served by

- 1 -

322218v.1

publication pursuant to an order of this Court. No defendants, other than The Bank of New York and Nathan Parker have entered an appearance in this case.

## MATTERS DISCUSSED BY THE PARTIES

1. The parties agree that the case may be disposed of in its entirety through dispositive motion.

2. The date by which any party should be joined is May 1, 2007.

3. The parties do not consent to the assignment of this case to a magistrate judge.

4. There is a realistic possibility of settling this case.

5. The parties agree that mediation should take place prior to the conduct of discovery.

6. The parties set forth a deadline for filing dispositive motions in the attached Proposed Scheduling Order.

7. The parties agree to dispense with the initial disclosure requirements of Rule 26(a)(1).

8. The parties agree that the discovery allowable under the federal rules should be sufficient. The parties request that each party be entitled to the maximum discovery allowed per side. In addition, no party will oppose the reasonable request of any other party to increase the limits, if necessary.

9. The parties agree that the requirement of exchanging expert witness reports and information pursuant to Rule 26(a)(2) should not be waived and will

322218v.1

conduct expert witness discovery by deposition in accordance with the scheduling set forth in the attached Proposed Scheduling Order.

10. This case is not a class action.

11. The parties agree that the trial and/or discovery should not be bifurcated.

12. The parties agree that the pretrial conference should be scheduled sixty (60) days prior to the trial date.

13. The parties request that the court set a trial date after the court has made its decision on all dispositive motions

14. The Proposed Scheduling Order is attached.

This Rule 26(f) Meet and Confer Report was prepared based on the parties' understanding of the case at the time of its preparation. Should issues arise during the course of litigation that require the parties to change or modify this report, and the corresponding Proposed Scheduling Order, the parties reserve the right to request such a change or modification.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____/s/ David H. Cox_____
Arthur C. Elgin, Jr. (Bar # 52589)
David H. Cox (Bar # 250167
1120 20th Street, N.W.
Suite 300, South Tower
Washington, D.C. 20036-3437
Phone: (202) 457-1600
Fax: (202) 457-1678
aelgin@jackscamp.com
dcox@jackscamp.com

**Counsel for Plaintiff Dorothy Parker**

PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP

By: _____/s/ Matthew A. Anzaldi_____
Matthew A. Anzaldi (Bar # 455515)
2300 N Street, N.W.
Washington, D.C. 20037

**Counsel for Defendant The Bank of New York**

O'CONNELL, O'CONNELL & SARSFIELD

By: _____/s/ James B. Sarsfield_____
James B. Sarsfield (Bar # 215384)
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850

**Counsel for Defendant Nathan Parker**

- 4 -

322218v.1