## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed and served on this 1st day of December, 2006, and that a copy of the foregoing has also been mailed, postage pre-paid to the following:

Matthew A. Anzaldi, Esq.
Pillsbury, Winthrop, Shaw, Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

**Counsel for Defendant The Bank of New York**

James B. Sarsfield, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850

**Counsel for Defendant Nathan Parker**

/s/ David. H. Cox
David H. Cox