UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, <br><br> Plaintiff, <br><br> v. <br><br> THE BANK OF NEW YORK COMPANY, INC., et al. <br><br> Defendants. | Civil Action No. 1:06-CV-1352 |

## SCHEDULING ORDER

Upon consideration of the Rule 26(f) Meet and Confer Report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3, and the record herein, it is on this _____ day of _____, 2006, hereby ORDERED that the schedule for this matter shall be as follows:

| | |
|---|---|
| Deadline for Joinder of Parties | May 1, 2007 |
| Deadline for Submission of Interrogatories And Requests for Production of Documents | April 1, 2007 |
| Plaintiff's Expert Witness Statement | April 15, 2007 |
| Defendants' Expert Witness Statement | May 30, 2007 |
| Deadline for Submission of Requests for Admission | June 30, 2007 |
| Discovery Closes | August 15, 2007 |
| Deadline for Filing Dispositive Motions | September 30, 2007 |
| Proposed Decision Date | November 1, 2007 |

322218v.1

- 7 -

| | |
|---|---|
| Mediation | February 1, 2007 – February 28, 2007 |
| Pretrial Conference | 60 days prior to trial date |
| Trial | Trial Date to be set after the court's decision on all dispositive motions |

_____
Henry H. Kennedy
United States District Judge

Copies to:

David H. Cox, Esq.
Arthur C. Elgin, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower
Washington, D.C. 20036

**Counsel for Plaintiff Dorothy Parker**

Matthew A. Anzaldi, Esq.
Pillsbury, Winthrop, Shaw, Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

**Counsel for Defendant The Bank of New York**

James B. Sarsfield, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850

**Counsel for Defendant Nathan Parker**