UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**THE BANK OF NEW YORK COMPANY, INC., et al.,**<br><br>　　　　　　**Defendants.** | Civil Action 06-01352  (HHK) |

**ORDER REFERRING ACTION FOR MEDIATION**

With the consent of the parties, it is by the court this 6th day of December, 2006, hereby

**ORDERED** that the above-captioned action is referred for mediation via the Circuit Executive's mediation program, to commence on February 1, 2007, and to conclude by April 1, 2007; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is further

**ORDERED** that the first mediation session take place three weeks after the mediator is assigned; and it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this order to the Circuit Executive for the purpose of assigning a mediator; and it is further

**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

                                                Henry H. Kennedy, Jr.
                                                United States District Judge