THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOROTHY PARKER, EXECUTOR OF :
THE ESTATE OF BENJAMIN M. PARKER, :
:
    *Plaintiff*, :
:
v. :
: Civil Action No. 06-cv-01352 HHK
THE BANK OF NEW YORK, INC., *et al.*, :
:
    *Defendants*. :

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of Furey, Doolan & Abell, LLP and Robert E. Grant as counsel for Defendant Nathan Parker.

                                         Respectfully submitted,

                                         FUREY, DOOLAN & ABELL, LLP

                                         By: /s/
                                              Robert E. Grant, Bar No. 458157
                                              8401 Connecticut Avenue, Suite 1100
                                              Chevy Chase, Maryland  20815-5803
                                              Tel. 301.652.6880
                                              Fax 301.652.8972
                                              E-mail rgrant@fdalaw.com

                                              *Attorneys for Defendant Nathan Parker*

### CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of January 2007, a copy of the foregoing was served by filing with the Court's CM/ECF system upon David H. Cox, Esquire, Jackson & Campbell, P.C., 1120 20th Street, NW, Suite 300 South, Washington, DC 20036-3406, attorneys for Dorothy Parker; Matthew A. Anzaldi, Esquire, Pillsbury Winthrop Shaw Pittman, 2300 N Street, NW, Washington, DC 20037, attorneys for Bank of New York Company, Inc.; and James B. Sarsfield, Esquire, O'Connell, O'Connell & Sarsfield, 401 East Jefferson Street, Suite 204, Rockville, MD 20850.

                                              /s/ Robert E. Grant
                                              Robert E. Grant