UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK COMPANY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-1352 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Tonya G. Gaskins-Saunders of Pillsbury Winthrop Shaw Pittman LLP hereby enters her appearance as lead counsel on behalf of Defendant The Bank of New York, sued herein as The Bank of New York Company, Inc.

DATED:  January 19, 2007         Respectfully submitted,

/s/
Tonya Gaskins Saunders (D.C. Bar No. 484414)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122
(202) 663-8000
(202) 663-8007 (facsimile)

Counsel for Defendant
The Bank of New York