# LegalTimes

District of Columbia, to wit

Personally appeared before me, a Notary Public in and for the said District, **Shameeka L. Williams** who being duly sworn according to law, on oath says she is the duly authorized agent of The New York Law Publishing Company, publisher of Legal Times, a newspaper of general circulation published and printed in the District of Columbia, and that the advertisement of which the affixed is a true copy, was published in said newspaper on the following date(s):

09/18/2006, 09/25/2006, 10/02/2006, 10/09/2006, 10/16/2006, 10/23/2006

*Shameeka L. Williams*
Agent

Subscribed and sworn before me this

23rd of October, 2006

*Carolyn A. Henderson*
Carolyn A. Henderson
Notary Public, District of Columbia
My Commission Expires 06-30-2011

Record ID: 10/23/06-129936-725978-2371855-32120

---

United States District Court
for the District of Columbia
Civil Division
Civil Action No. 1:06-CV-1352

Dorothy Parker,
Executor for the Estate of
Benjamin M. Parker
　　　Plaintiff
　　　v.
The Bank of New York Company, Inc., Nathan Parker, Daniel Parker, Eve Hoffman, Gertrude Hellman and Any and All Other Unknown Heirs, Successors and Assigns of Lottie Parker, and Any and All Other Persons Claiming an Interest in or Lien Upon Shares of Vulcan Materials Company Held in the Name of Lottie Parker.
　　　Defendants

**ORDER OF PUBLICATION**

The object of this proceeding is to obtain declaratory judgment that certain shares of Vulcan Materials Company stock currently in the name of Lottie Parker are the property of the Estate of Benjamin M. Parker, and an order directing The New York Company, Inc. to reissue the shares of Vulcan Materials Company currently in the name of Lottie Parker to the Estate of Benjamin M. Parker. The Complaint states, among other things, that on April 16, 1952 and April 30, 1954, respectively, Benjamin M. Parker placed 200 shares of Easy Washing Machine Company (now Vulcan Materials Company), in the name of his mother, Lottie Parker, as a gratuitous bailment. The shares of Vulcan Materials Company stock were never transferred back to Benjamin M. Parker, despite the parties' intent to do so. Pursuant to the Judge Kennedy's Minute Order dated August 7, 2006, ORDERED by the United States District Court for the District of Columbia, that notice be given by insertion of a copy of this order in The Legal Times, a newspaper having a general circulation in the District of Columbia, once a week for six (6) consecutive weeks, notifying DANIEL PARKER, EVE HOFFMAN, GERTRUDE HELLMAN AND ANY AND ALL OTHER UNKNOWN HEIRS, SUCCESSORS AND ASSIGNS OF LOTTIE PARKER AND ANY OTHER PERSONS CLAIMING AN INTEREST IN OR LIEN UPON SHARES OF VULCAN MATERIALS COMPANY HELD IN THE NAME OF LOTTIE PARKER to cause their appearance to be entered in this Court on or before the 28th day of November, 2006, to assert a claim and answer the complaint, or thereafter, this Court will enter a final Judgment declaring the Estate of Benjamin M. Parker, the owner of the above-described property, and foreclosing the right of any party to claim an interest in the property forever and ordering The Bank of New York Company, Inc. to reissue the above-described property to the Estate of Benjamin M. Parker.

**Dates of Publication**
September 18, 25, October 2, 9, 16, 23, 2006