UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE BANK OF NEW YORK COMPANY, INC., et al., )<br><br>Defendants. ) | Case No.  1:06-cv-1352 (HHK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Deborah B. Baum of Pillsbury Winthrop Shaw Pittman LLP hereby enters her appearance as lead counsel on behalf of Defendant The Bank of New York, sued herein as The Bank of New York Company, Inc.

DATED:  December 13, 2007

Respectfully submitted,

**/s/**_____

Deborah B. Baum (D.C. Bar No. 393019)
Tonya Gaskins Saunders (D.C. Bar No. 484414)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122
(202) 663-8000
(202) 663-8007 (facsimile)
Counsel for Defendant
The Bank of New York

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed and served on this 13th day of December, 2007, on David Howard Cox, JACKSON & CAMPBELL, P.C., 1120 20th Street, NW, Suite 300 South, Washington, DC 20036-3406 and Robert E. Grant, FUREY, DOOLAN & ABELL, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, MD 20815.

**/s/**  Tonya G. Gaskins-Saunders_____
Tonya G. Gaskins-Saunders