# EXHIBIT A

## AFFIDAVIT OF ARTHUR C. ELGIN, JR.

I, Arthur C. Elgin, Jr., Esq., being first duly sworn, depose and state the following:

1. I am an attorney at Jackson & Campbell, P.C. and am co-counsel of record for the Plaintiff Dorothy Parker, Executor for the Estate of Benjamin M. Parker, in the above-captioned action.

2. I am over the age of 18 and a resident of the State of Maryland.

3. I have personal knowledge of the facts contained herein and am competent to testify as to the same.

4. Prior to preparing and filing the Verified Complaint, I asked Ms. Parker whether she knew the names and addresses of the heirs of Lottie Parker and Benjamin M. Parker. She provided me with the names of Benjamin Parker's children, Nathan Parker, Daniel Parker and Eve Hoffman, and the contact information for Nathan Parker. Ms. Parker knew the name Gertrude (or Trudy) Hellman as the daughter of Sara Parker Hellman, a deceased daughter of Lottie Parker, and that another deceased daughter of Lottie Parker, Gertrude Parker Sarner, had two daughters whose names she did not know. Other than that of Nathan Parker, she had no addresses; and she had no knowledge of any of the other heirs of Lottie Parker.

5. Prior to preparing and filing the Verified Complaint, I spoke with Nathan Parker on the telephone on several occasions and asked him for the names of any other heirs of Lottie Parker and for the addresses of his siblings and Gertrude Hellman. I explained to him what we intended to do and why we needed the information.

534487v.1

6. Although our telephone conversations were cordial, Nathan Parker never provided me with the names of any additional heirs of Lottie Parker or the addresses of his siblings and Gertrude Hellman.

7. A search on the internet for the addresses of Daniel Parker, Eve Hoffman and Gertrude Hellman was conducted. The search revealed a number of people with the same names; but because we had no knowledge of their locations, we were unable to obtain their addresses.

8. Since no additional information was ever received from Nathan Parker or obtained on the internet and because of the age and health of the Plaintiff, the Verified Complaint was filed on behalf of Ms. Parker with the information available.

9. Nathan Parker and his siblings are the step-children of Dorothy Parker, and she has informed me that they are all well over the age of 60 and that Gertrude Hellman is of comparable age. Upon information and belief, Nathan Parker, his siblings and Gertrude Hellman are all above the age for active military service.

_____
Arthur C. Elgin, Jr.

DISTRICT OF COLUMBIA:

Subscribed and sworn to before me this 20th day of December, 2007.

_____
Notary Public, D.C.

DEBORAH A. STEWART
Notary Public District of Columbia
My Commission Expires September 30, 2010

My Commission expires: _____

- 2 -

534487v.1