UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ) <br> ESTATE OF BENJAMIN M. PARKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BANK OF NEW YORK COMPANY, INC., ) <br> *et al.* ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:06-CV-1352 <br><br> Next event: Discovery closes, <br> 03/17/08 |

### AFFIDAVIT OF DAVID H. COX

I, David H. Cox, Esq., being first duly sworn, depose and state the following:

1. I am an attorney at Jackson & Campbell, P.C. and represent Plaintiff Dorothy Parker, Executor for the Estate of Benjamin M. Parker, in the above-captioned action.

2. I am over the age of 18 and a resident of the State of Maryland.

3. I have personal knowledge of the facts contained herein and am competent to testify as to the same.

4. Robert E. Grant, Esq., as counsel for Defendant Nathan Parker, has facilitated mediation and settlement efforts in this matter since August 2007.

5. As counsel for Nathan Parker and as a facilitator for the heirs of Lottie Parker, Mr. Grant has informed Jackson & Campbell, P.C., that the heirs of Lottie Parker, as of November 2007, include the following:

533130v.2

> Nathan Parker
> Daniel Parker
> Eve Parker Hoffman
> Terry Parker
> Missy Parker
> Daniel N. Parker II
> Joshua Hoffman
> Rebecca Hoffman Acheson
> Judith Hoffman
> Jeremy Parker
> Michael Parker
> Cynthia Parker
> Liam Parker
> Isaac Hoffman
> Jason Benjamin Parker
> Trudy Hellman
> Diane Richter
> Fred H. Hellman
> Warren H. Hellman
> Adrienne Hellman
> Drew Hellman
> Isabel Liali Zuckerman
> Lowell Schmorrow-Zuckerman
> Isaac Richter
> Alana Hellman

6. However, other than Nathan Parker, no heir has entered an appearance in this matter.

7. By representing that the heirs of Lottie Parker listed above—specifically, named Defendants Daniel Parker, Eve Hoffman, and Gertrude ("Trudy") Hellman—are available to negotiate and sign a settlement agreement which would fully and finally resolve this matter, Mr. Grant implies that named Defendants Daniel Parker, Eve Hoffman, and Gertrude ("Trudy") Hellman are not in the military service of the United States Army, Navy, Air Force, Marine Corps, or Coast Guard, or are National Guard members called to active service for more than thirty (30) consecutive days by the

-2-

533130v.2

President or Secretary of Defense to respond to a national emergency, or are commissioned officers in active service of the Public Health Service or the National Oceanic and Atmospheric Administration.

                                                                                     _____
                                                                                     David H. Cox

DISTRICT OF COLUMBIA:

Subscribed and sworn to me this 20th day of December, 2007.

                                                                            _____
                                                                            Notary Public

My commission expires: _____

**DEBORAH A. STEWART**
Notary Public District of Columbia
My Commission Expires September 30, 2010