FILED
JAN 29 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, ) ) ) Plaintiff, ) ) v. ) ) THE BANK OF NEW YORK COMPANY, INC., ) *et al.* ) ) Defendants. ) ) | Civil Action No. 1:06-CV-1352  Next event: Discovery closes, 03/17/08 |

## ORDER

Upon consideration of the foregoing Motion of Plaintiff Dorothy Parker for Entry of Default and Judgment by Default *(# 21)*, its accompanying Memorandum of Points and Authorities, the Affidavit of David H. Cox, Esq., the Affidavit of Arthur C. Elgin, Jr., Esq., any opposition thereto, and the entire record herein, it is on this 22nd day of January, 2008, hereby

ORDERED, that the Motion for Entry of Default and Judgment by Default is hereby GRANTED; and it is further

ORDERED, that a default is entered against named Defendants Daniel Parker, Eve Hoffman, and Gertrude Hellman; and it is further

ORDERED, that default judgments are entered against named Defendants Daniel Parker, Eve Hoffman, and Gertrude Hellman; and it is further

533130v.2

ORDERED, that a default and judgment by default be entered in favor of Plaintiff Dorothy Parker and against any and all unnamed defendants including, but not limited to, the following individuals placed on notice of this action by publication:

> Terry Parker
> Missy Parker
> Daniel N. Parker II
> Joshua Hoffman
> Rebecca Hoffman Acheson
> Judith Hoffman
> Jeremy Parker
> Michael Parker
> Cynthia Parker
> Liam Parker
> Isaac Hoffman
> Jason Benjamin Parker
> Diane Richter
> Fred H. Hellman
> Warren H. Hellman
> Adrienne Hellman
> Drew Hellman
> Isabel Liali Zuckerman
> Lowell Schmorrow-Zuckerman
> Isaac Richter
> Alana Hellman

and it is further

DECLARED, that no unknown party has any claim or interest in the shares of Vulcan Materials Company currently titled in the name of Lottie Parker and that the time for filing any such claim or interest has expired; and it is further

DECLARED, that any and all claims of an ownership interest in the shares of Vulcan Materials Company currently titled in the name of Lottie Parker by any party, person, or entity, other than the parties having appeared in this action, are forever barred.

533130v.2

SO ORDERED.

*[signature]*

Henry H. Kennedy
United States District Judge

Copies to:

David H. Cox, Esq.
Arthur C. Elgin, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower
Washington, D.C. 20036

*Counsel for Plaintiff Dorothy Parker*

Tonya Gaskins Saunders, Esq.
Pillsbury, Winthrop, Shaw, Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

*Counsel for Defendant The Bank of New York Company, Inc.*

Robert E. Grant, Esq.
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, MD 20815

*Counsel for Defendant Nathan Parker*