UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE BANK OF NEW YORK COMPANY, INC., *et al.*<br><br>　　　　　Defendants. | Civil Action No. 1:06-CV-1352 |

## CONSENT MOTION FOR ENTRY OF FINAL ORDER AND DISMISSAL

Plaintiff Dorothy Parker, Executor for the Estate of Benjamin M. Parker ("Ms. Parker"), through undersigned counsel, pursuant to Fed. Rule Civ. P. 7(b), and with the consent of Defendants The Bank of New York Company, Inc. and Nathan Parker, hereby moves for the entry of a Final Order and dismissal with prejudice of the above-captioned action. In support hereof, Ms. Parker respectfully refers the Court to the accompanying Memorandum of Points and Authorities.

WHEREFORE, Plaintiff Dorothy Parker respectfully requests dismissal with prejudice of the above-captioned action and entry of the proposed form of Order attached hereto.

695273v.1

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____David H. Cox_____
David H. Cox (#250167)
dcox@jackscamp.com
Arthur C. Elgin, Jr. (#52589)
aelgin@jaskcamp.com
1120 20th Street, N.W.
Suite 300, South Tower
Washington, D.C.  20036-3437
(P) 202-457-1600

*Counsel for Plaintiff Dorothy Parker*

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that, pursuant to LCvR 7(m), this Motion was discussed with counsel for Plaintiffs and they consent to the relief requested herein.

_____
David H. Cox

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Consent Motion for Final Order and Dismissal, its accompanying Memorandum of Points and Authorities, and proposed form of Order were electronically filed and served on this 27th day of May, 2008, and that a copy of the above has also been mailed, postage pre-paid, to the following:

Deborah B. Baum, Esq.
Pillsbury, Winthrop, Shaw, Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

*Counsel for Defendant The Bank of New York Company, Inc.*

Robert E. Grant, Esq.
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, MD 20815

*Counsel for Defendant Nathan Parker*

_____
David H. Cox

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | Civil Action No. 1:06-CV-1352 |
| THE BANK OF NEW YORK COMPANY, INC., ) et al. ) ) ) | |
| Defendants. ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENTRY OF FINAL ORDER AND DISMISSAL**

In support of the foregoing Consent Motion for Entry of Final Order and Dismissal, Plaintiff Dorothy Parker, Executor for the Estate of Benjamin M. Parker, respectfully relies upon the following:

1. Fed. Rule Civ. P. 7(b);

2. Fed. Rule Civ. P. 41(a)(2);

3. The inherent equitable powers of this Court; and

4. The entire record herein.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____
David H. Cox (#250167)
dcox@jackscamp.com
Arthur C. Elgin, Jr. (#52589)
aelgin@jaskcamp.com
1120 20th Street, N.W.
Suite 300, South Tower
Washington, D.C. 20036-3437
(P) 202-457-1600

*Counsel for Plaintiff Dorothy Parker*