UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY PARKER, EXECUTOR FOR ESTATE OF BENJAMIN M. PARKER, ) ) ) ) Plaintiff, ) ) v. ) ) THE BANK OF NEW YORK COMPANY, INC., ) et al. ) ) Defendants. ) ) | Civil Action No. 1:06-CV-1352 Next event: Discovery closes, 03/17/08 |

**FINAL ORDER**

This matter having come before the Court upon the unopposed Motion of all parties for entry of an Order disposing of this case in its entirety; and the Court having previously entered an Order of Default and Judgment by Default against any and all unnamed defendants dated January 22, 2008; and the Court having reviewed the Motion and the entire record herein, it is, by this Court, this _____ day of _____, 2008, hereby

ORDERED, that based upon a settlement reached by and among the parties, the Motion for a voluntary dismissal of all claims, with each party to bear his, her, or its own attorneys' fees and costs, is GRANTED; and it is further

ORDERED and DECLARED, that certain shares of Vulcan Materials Company ("Vulcan") in the name of Lottie Parker, held by defendant The Bank of New York (the "Bank"), as transfer agent for Vulcan, more fully described below (the "Vulcan stock"),

699936v.3

are to be re-issued and distributed by the Bank as provided in this Final Order; and it is further

ORDERED AND DECLARED, that the accumulated dividends held by the Bank, as the authorized transfer agent of Vulcan, in connection with the Vulcan stock, are the sole and absolute property of plaintiff Dorothy Parker and shall be paid by the Bank to Dorothy Parker within ten (10) business days of the date of this Order; and it is further

ORDERED, that the Bank, as the authorized transfer agent for Vulcan, shall re-issue in the name of Dorothy Parker, as her sole and absolute property, 1,872 shares of the Vulcan Common Stock currently held by the Bank in the name of Lottie Parker. Said transfer shall be effected within ten (10) business days after: (a) Mrs. Parker returns to the Bank any existing shares, and complies with the Bank's usual procedures for obtaining replacement shares, including but not limited to, at the Bank's request, providing an affidavit of loss and a surety bond; and (b) receipt by the Bank from each of the individuals to whom the re-issued shares are to be distributed under this Order of the individual's exact name, Social Security Number or Tax ID number and an executed Form W-9.; and it is further

ORDERED, that Bank, as the authorized transfer agent of Vulcan, shall then transfer-issue and distribute the remaining Common Stock (1248 shares) as follows:

Jeremy Parker - - 83 shares

Michael Parker - - 83 shares

Cynthia Parker - - 83 shares

Diane Richter - - 78 shares

    Lowell Schmorrow-Zuckerman - - 78 shares

    Fred H. Hellman - - 78 shares

    Warren H. Hellman - - 78 shares

    Terry Parker - - 63 shares

    Missy Parker - - 63 shares

    Daniel N. Parker, II - - 63 shares

    Joshua Hoffman - - 63 shares

    Rebecca Hoffman Acheson - - 63 shares

    Judith Hoffman - - 63 shares

    Jeremy Parker - - 63 shares

    Michael Parker - - 63 shares

    Cynthia Parker - - 63 shares

    Isaac Richter - - 120 shares

The distribution by the Bank of the above-listed shares of Common Stock to the above-listed individuals shall be accomplished within ten (10) days of the date the Bank receives the tax information detailed in Section (b), above; and it is further

ORDERED, that, the parties having voluntarily resolved their disputes through a negotiated settlement, this matter is hereby dismissed, with prejudice, with each party to bear his, her or its own attorneys' fees and costs.

- 4 -

                              _____
                              Henry H. Kennedy
                              United States District Judge


COPIES TO:

David H. Cox, Esq.
Arthur C. Elgin, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower
Washington, D.C.  20036

*Counsel for Plaintiff Dorothy Parker*

Deborah B. Baum, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037-1122

*Counsel for Defendant The Bank of New York Company, Inc.*

Robert E. Grant, Esq.
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, MD 20815

*Counsel for Defendant Nathan Parker*